UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NORMAN DAVID SCHOENFELD,

                Plaintiff,

   - against -

ALLEN & OVERY, L.L.P.,

                Defendant.

------------------------------------------------------------x

07 Civ. 11431

ECF CASE

ACKNOWLEDGMENT OF SERVICE

      PLEASE TAKE NOTICE that, I, Rene M. Johnson, Esq., Morgan Lewis & Bockius L.L.P. am authorized to accept service of process in the above-captioned action for defendant Allen & Overy L.L.P. I accepted service of the Summons and Complaint, as well as the Individual Practices of Judge Harold Baer, Jr. and the Individual Practices of Magistrate Judge Ronald L. Ellis.

Dated: New York, New York
        December 22, 2007

*[handwritten: Conditioned on answer or other responsive pleading due on 2/8/08]*

_____
Rene M. Johnson, Esq.
Morgan Lewis & Bockius L.L.P.
502 Carnegie Center
Princeton, NJ 08540

248928 v1