UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NORMAN DAVID SCHOENFELD,

      Plaintiff,

 - against -

ALLEN & OVERY, L.L.P.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 11431

ECF CASE

<u>NOTICE OF APPEARANCE</u>

   PLEASE TAKE NOTICE that the undersigned enters her appearance as counsel for plaintiff herein.

Dated: New York, New York
    January 4, 2008

            VLADECK, WALDMAN, ELIAS &
             ENGELHARD, P.C.


      By: ___s/ Maia Goodell_____
         Maia Goodell (MG 8905)
         1501 Broadway, Suite 800
         New York, New York  10036
         (212) 403-7300
         mgoodell@vladeck.com

248928 v1

CERTIFICATE OF SERVICE

      This is to certify that on January 4, 2008, the undersigned caused a copy of Maia Goodell's Notice of Appearance to be served by mail upon Rene M. Johnson, Esq., Morgan Lewis & Bockius L.L.P., 502 Carnegie Center, Princeton, NJ 08540, attorney for defendant.

Dated: New York, New York
       January 4, 2008

                              VLADECK, WALDMAN, ELIAS
                                  & ENGELHARD, P.C.

By:     s/Maia Goodell
          Maia Goodell (MG 8905)
          Attorneys for Plaintiff
          1501 Broadway, Suite 800
          New York, New York 10036
          (212) 403-7300