UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

---

NORMAN DAVID SCHOENFELD

    Plaintiff,

-against-

ALLEN & OVERY, L.L.P.,

    Defendant.

---

07 CV 11431 (HB) (RLE)

ECF CASE

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED by and between the undersigned counsel for Plaintiff, Norman David Schoenfeld, and counsel for Defendant, Allen & Overy LLP, that the time by which Defendant shall answer, move or otherwise respond to Plaintiff's Complaint shall be extended from January 9, 2008 through and including February 8, 2008. No prior extensions of time have been requested or granted.

Dated: New York, New York
   January ___, 2008

VLADECK, WALDMAN, ELIAS &
ENGELHARD, P.C.
Attorneys for Plaintiff

By: _____
Anne C. Vladeck (AV 4857)
Maia Goodell (MG 8905)
1501 Broadway, Suite 800
New York, New York 10036
(212) 403-7300

Dated: New York, New York
   January _8_, 2008

JACKSON LEWIS LLP
Attorneys for Defendant

By: _____
Todd H. Girshon (TG 7947)
Ravindra K. Shaw (RS 1944)
59 Maiden Lane, 39th Floor
New York, New York 10038
(212) 545-4000

SO ORDERED:

_____ 1/9/08
Honorable Harold Baer, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08