UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMAN DAVID SCHOENFELD,<br><br>                Plaintiff,<br><br>    -against-<br><br>ALLEN & OVERY, L.L.P.,<br><br>                Defendant. | 07 CV 11431 (HB) (RLE)<br><br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Allen & Overy LLP ("Defendant") hereby certifies that Defendant is not a corporation, has no parent corporation, and is not a publicly held corporation.

                                      Respectfully submitted,

                                      JACKSON LEWIS LLP
                                      59 Maiden Lane
                                      New York, New York 10038-4502
                                      (212) 545-4000

By: _____
                                      Todd H. Girshon (TG 7947)
                                      Ravindra K. Shaw (RS 1944)

                                      ATTORNEYS FOR DEFENDANT

Dated: February 8, 2008
       New York, New York