UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN DAVID SCHOENFELD

                              Plaintiff,

            -against-

ALLEN & OVERY, L.L.P.,

                              Defendant.

07 CV 11431 (HB) (RLE)

ECF CASE

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of Defendant Allen & Overy, LLP in the above-referenced matter and certifies that he is admitted to practice in this Court.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

By: _____
Ravindra K. Shaw (RS 1944)

ATTORNEYS FOR DEFENDANT

Dated: February 8, 2008
       New York, New York