DOC #: _____
DATE FILED: 6/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NORMAN DAVID SCHOENFELD,                 :   07 CV 11431 (HB) (RLE)
                                         :
                Plaintiff,               :   ECF CASE
                                         :
       -against-                         :   **STIPULATION OF**
                                         :   **DISMISSAL WITH**
ALLEN AND OVERY, L.L.P.,                 :   **PREJUDICE**
                                         :
                Defendant.               :
                                         :
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Norman David Schoenfeld and Defendant Allen & Overy LLP, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Dated: New York, New York           Dated: New York, New York
       May 14, 2008                        May 14, 2008

VLADECK, WALDMAN, ELIAS &            JACKSON LEWIS LLP
ENGELHARD, P.C.                      Attorneys for Defendant
Attorneys for Plaintiff

By: _____        By: _____
    Anne C. Vladeck (AV 4857)            Todd H. Girshon (TG 7947)
    Maia Goodell (MG 8905)               Ravindra K. Shaw (RS 1944)
    1501 Broadway, Suite 800             59 Maiden Lane, 39th Floor
    New York, New York 10036             New York, New York 10038
    (212) 403-7300                       (212) 545-4000

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
6/2/08